1  BESS M. BREWER, #100364
   BREWER & MITCHELL, LLP
2  1023 H Street, Suite B5
   Sacramento, CA 95814
3  Telephone: (916) 448-8600
   Facsimile: (916) 448-8605
4
   Attorneys for Plaintiff
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  **CLIFFORD BRADLEY THOMPSON** )      **Case No. CIV-S- 05-01185-CMK**
                                   )
12                                 )
                                   )
13                                 )      **STIPULATION AND ORDER**
          **Plaintiff,**           )      **EXTENDING PLAINTIFF'S TIME TO**
                                   )      **FILE MEMORANDUM IN SUPPORT**
14  **v.**                         )      **OF SUMMARY JUDGMENT**
                                   )
15  **JO ANNE B. BARNHART**        )
    **Commissioner of Social Security** )
16  **of the United States of America,** )
                                   )
17        **Defendant.**           )
                                   )
18  _____)

19

20        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

21  permission of the Court as evidenced below, that the Plaintiff's time to file his summary judgment is

22  hereby extended from its current due date of December 28, 2005 until February 13, 2006.  This

23  extension is necessary given his attorney's heavy briefing schedule over the next two months. This is

24  plaintiff's first request for an extension.

25  / / / /

26  / / / /

27  / / / /

28  / / / /

*Thompson  v. Barnhart,* CIV-S-05-1185 CMK          1

1    Dated: December 15, 2005                  BREWER & MITCHELL, LLP

2
                                               By: /s/Bess M. Brewer
3                                              BESS M. BREWER
                                               Attorney at Law
4
                                               Attorney for Plaintiff
5

6    Dated: December 15, 2005___              McGregor W. Scott
                                               United States Attorney
7
                                               By: /s/Bobbie J. Montoya
8                                              BOBBIE J. MONTOYA
                                               Assistant U.S. Attorney
9
                                               Attorney for Defendant
10

11

12

13
                                     **ORDER**
14

15

16   APPROVED AND SO ORDERED.

17

18
     January 9, 2006
19

20

21
                                        /s/   **CRAIG M. KELLISON**
22
                                        Craig M. Kellison
23                                      UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

     *Thompson  v. Barnhart,* CIV-S-05-1185 CMK          2