```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD BRADLEY THOMPSON,<br><br>   Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>   Defendant. | CASE NO. 2:05-CV-01185-FCD-CMK<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO APRIL 24, 2006 |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Defendant's time to respond to Plaintiff's motion for summary judgment in the above-referenced case is hereby extended from the present due date of March 23, 2006, by thirty-two days, to the new response date of April 24, 2006; and that all subsequent due dates under the Court's Scheduling Order shall be extended accordingly.  The extension is needed because Defendant has determined that a further review of this case is necessary.

    This is the first extension requested re Defendant's response to Plaintiff's motion for summary judgment.

Stip.& Order Ext. Def.'s Time - 2:05-01185                    **1**

1  The parties further stipulate that counsel for Plaintiff will provide a facsimile of this
2  stipulation bearing counsel's signature for retention in Defendant's case file, and hereby
3  authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic
4  Case Filing password, pursuant to Local Rule 7-131.

DATED: March 21, 2006         */s/ Bess M. Brewer*
                              BESS M. BREWER

                              Attorney for Plaintiff

DATED: March 22, 2006         McGREGOR W. SCOTT
                              United States Attorney

                              By: */s/ Bobbie J. Montoya*
                              BOBBIE J. MONTOYA
                              Assistant U. S. Attorney

                              Attorneys for Defendant

OF COUNSEL:

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

MARIA V. DAQUIPA
Assistant Regional Counsel

United States Social Security Administration

Stip.& Order Ext. Def.'s Time - 2:05-01185                **2**

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD BRADLEY THOMPSON,<br><br>　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>　Commissioner of<br>　Social Security,<br><br>　　Defendant. | CASE NO. 2:05-CV-01185-FCD-CMK<br><br>ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

　　Pursuant to the stipulation of the parties, electronically filed *March 22, 2006*, showing good cause for a requested first extension of Defendant's time to respond to Plaintiff's motion for summary judgment, the request is hereby APPROVED.

　　Defendant shall file her response on or before April 24, 2006.

　　SO ORDERED.

DATED:  March 22, 2006.

　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Stip.& Order Ext. Def.'s Time - 2:05-01185