McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD BRADLEY THOMPSON,<br><br>       Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>       Defendant. | CASE NO. **2:05-CV-01185-FCD-CMK**<br><br>STIPULATION AND ORDER REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT |

　　　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  Upon remand, Defendant will instruct the Administrative Law Judge to:

1)　　　　Update the record;

2)　　　　Explain the weight given to the opinion of Reynaldo Abejuela, M.D., in accordance with the regulations;

3)　　　　Further assess Plaintiff's credibility;

4)　　　　Obtain vocational expert testimony to determine whether Plaintiff can perform other work at step 5 given his non-exertional limitations; and

5)　　　　Take any further action necessary to complete the administrative record and issue a new decision.

　　　　　It is further stipulated that the Clerk shall enter a separate judgment, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v.</u>

1  Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

2         The parties further stipulate that counsel for Plaintiff will provide a facsimile of this
3  stipulation bearing counsel's signature for retention in Defendant's case file, and hereby
4  authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic

5  DATED: April 18, 2006         /s/ Bess M. Brewer
                                  BESS M. BREWER
6
                                  Attorney for Plaintiff
7
8  DATED: April 18, 2006         McGREGOR W. SCOTT
                                  United States Attorney
9
                            By:  /s/ Bobbie J. Montoya
10                                BOBBIE J. MONTOYA
                                  Assistant U. S. Attorney
11
                                  Attorneys for Defendant
   OF COUNSEL:
12 LUCILLE GONZALES MEIS
   Chief Counsel, Region IX
13 MARIA V. DAQUIPA
   Assistant Regional Counsel
14 United States Social
     Security Administration
15

16                    _____o0o_____

17                                **ORDER**

18         **This case is hereby remanded pursuant to sentence four of 42 U.S.C. 405(g)**
19 **for further proceedings consistent with the stipulation of the parties.  The prior**
20 **administrative decision is vacated and the Clerk of the Court is directed to enter**
21 **Judgment.**

22         **IT IS SO ORDERED.**

23 **DATED: April 19, 2006**          /s/ Frank C. Damrell Jr.
                                        **FRANK C. DAMRELL, JR.**
24                                      **UNITED STATES DISTRICT JUDGE**